**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00476-CV

### IN THE GUARDIANSHIP OF E.F.L., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-1586-2**

## ORDER

Before the Court is appellant's May 19, 2014 motion to review the trial court's order sustaining the contest to her affidavit of indigence. Pursuant to rule of appellate procedure 20.1(j)(3), the trial court clerk and court reporter must file, **within three days** after the motion is filed, their respective records from the indigence hearing. *See* TEX. R. APP. P. 20.1(j)(3). Accordingly, we **ORDER** John Warren, Dallas County Clerk, to file a supplemental clerk's record, **by May 22, 2014**, containing: (1) appellant's affidavit of indigence filed on April 15, 2014; (2) the contest to the affidavit filed on April 21, 2014; and (3) the trial court's May 8, 2014 order sustaining the contest. We further **ORDER** Joie Rivera, Official Court Reporter for the Probate Court No. 2 of Dallas County, Texas, to file the reporter's record from the hearing on the contest to appellant's affidavit of indigence.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to the Honorable Chirs Wilmoth, Judge of the Probate Court No. 2 of Dallas County, Texas, John Warren, Joie Rivera, appellant, and counsel for appellee.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE